STATE v. SCOTT

No. 351P02

Case below: 150 N.C. App. 442

Motion by the Attorney General to dismiss the appeal for lack of substantial question allowed 21 November 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002. Petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.

STATE v. SCOTT

No. 508P02

Case below: 151 N.C. App. 750

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 21 November 2002.

STATE v. SIRACUSA

No. 573P02

Case below: 150 N.C. App. 441

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 21 November 2002.

STATE v. SMITH

No. 572P02

Case below: 153 N.C. App. 202

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 21 November 2002.

STATE v. SMITH

No. 593P02

Case below: 153 N.C. App. 813

Motion by plaintiff (State) for temporary stay allowed 21 November 2002.